# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

1
2
3   UNITED STATES OF AMERICA,
4          PLAINTIFF,                    Case No.: **2:25-cr-**-*0109-JAD-MDC*
    v.
5   ANDREW PADILLA,
6                                        **Order Sealing Indictment**
7          DEFENDANT(S)

8       Based on the government's oral motion and the authority provided by Federal Rule
9   of Criminal Procedure 6(e)(4) and Local Rule IA 10-5, THE COURT HEREBY FINDS
10  AND ORDERS that the indictment in this case and all related documents must be kept
11  under seal until further order of the court.

12      IT IS FURTHER ORDERED THAT the Clerk's Office for the United States
13  District Court for the District of Nevada must release the sealed indictment to the CJA
14  Panel Resource Attorney, who may use the information in the sealed indictment for the sole
15  purpose of securing defense counsel in a timely manner.

16      IT IS FURTHER ORDERED THAT, on the day of the arrest of the first defendant
17  in this case, the CJA Resource Attorney may provide defense counsel a copy of the sealed
18  indictment.

19      Dated:  April 29, 2025

20                                      _____
21                                      UNITED STATES MAGISTRATE JUDGE
22
23