RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for ANDREW PADILLA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANDREW PADILLA,<br>Defendant. | Case No. 2:25-cr-00109-JAD-MDC<br><br>**ORDER** |

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for December 1, 2026, at 10:00 AM, be vacated and continued to March 1, 2027, at the hour of 10:00 a.m.

DATED this 3rd day of November, 2026.

UNITED STATES DISTRICT JUDGE